United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN LANE,

Plaintiff,

v.

NEVRO CORPORATION, et al.,

Defendants.

Case No. 26-cv-12031-RS

***SUA SPONTE* JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is HEREBY REFERRED to the Honorable Haywood S. Gilliam, Jr., for consideration of whether Lane v. Nevro, No. 26-cv-12031-RS is related to *In Re: Nevro Corporation Spinal Cord Stimulator Products Liability Litigation,* Case No. 26-md-3195 HSG.

**IT IS SO ORDERED.**

Dated: November 9, 2026

RICHARD SEEBORG
United States District Judge